Aryeh Kaufman, Esq. (SBN 289745)
aryeh@akaufmanlegal.com
**LAW OFFICE OF ARYEH KAUFMAN**
5482 Wilshire Blvd, PMB 1907
Los Angeles, CA 90036
Tel: (323) 943-2566
Fax: (213) 402-8598

*Attorneys for Defendant*
**DLP FUNDING, LLC**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTERRA AGRICULTURAL CAPITAL, LLC, | Case No.: 1:26-CV-00122-CDB |
| Plaintiff, | Hon. Christopher D. Baker |
| v. | |
| DLP FUNDING, LLC, | **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND CONTINUE DATE OF MANDATORY SCHEDULING CONFERENCE** |
| Defendants. | [No Hearing Requested] |

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND CONTINUE DATE OF
MANDATORY SCHEDULING CONFERENCE

This stipulation by and between Plaintiff, CONTERRA AGRICULTURAL CAPITAL, LLC, ("Plaintiff"), by and through its counsel, Bernard J. Kornberg, Esq. and Nicole M. McLaughlin, Esq. of MILLER NASH LLP; and DLP FUNDING, LLC ("Defendant") by and through its counsel, Aryeh Kaufman, Esq. (collectively, "the Parties") is made with reference to the following facts:

1. On January 8, 2026, Plaintiff filed a Complaint against the Defendant in the United States District Court, Eastern District of California. ECF No. 1.

2. The Summons and Complaint were sent to Defendant via United States Certified Mail on January 26, 2026.

3. Pursuant to the Summons, Defendant was required to serve a responsive pleading within 21 days after service thereof, plus an additional 10 days based on the method of service.  A responsive pleading would therefore become due on February 26, 2026.

4. The Parties have met and conferred and agreed to extend the time for Defendant to file a responsive pleading to March 31, 2026.

5. Defendant recently retained counsel to defend this action. A continuance of the responsive pleading deadline promotes justice, avoids prejudice to Defendant, and allows the action to be litigated on the merits.

6. The Parties have also agreed, given the Jewish holiday of Passover, to continue the Mandatory Scheduling Conference, which is currently set on April 1, 2026, at 9:30 a.m., to May 7, 2026, at 9:30 a.m., or a date thereafter that is convenient for the Court.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

The Defendant shall have up to and including March 31, 2026, to file a responsive pleading in this action.

The Mandatory Scheduling Conference is continued from April 1, 2026, at 9:30 a.m., to May 7, 2026, at 9:30 a.m., provided that this date is also available for the Court.

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND CONTINUE DATE OF MANDATORY SCHEDULING CONFERENCE

Date:   March 18, 2026                          MILLER NASH LLP


                                    By:    */s/ Bernard J. Kornberg*
                                           Bernard J. Kornberg, Esq.
                                           *Counsel for Plaintiff*


Date:   March 18, 2026                          LAW OFFICE OF ARYEH KAUFMAN


                                           */s/ Aryeh Kaufman*
                                    By:    Aryeh Kaufman, Esq.
                                           *Counsel for Defendant*

3

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND CONTINUE DATE OF
MANDATORY SCHEDULING CONFERENCE

## **PROPOSED ORDER**

The Court, having reviewed the foregoing Stipulation, and for good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant, DLP FUNDING LLC, is granted an extension of time to file a responsive pleading.  Defendant's responsive pleading shall be due on March 31, 2026.

IT IS ALSO ORDERED that the Mandatory Scheduling Conference, currently set for April 1, 2026 at 9:30 a.m., is continued to _____ 2026 at 9:30 a.m.


IT IS SO ORDERED.



Dated: _____          _____
                                                                UNITED STATES MAGISTRATE JUDGE

---

4

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND CONTINUE DATE OF MANDATORY SCHEDULING CONFERENCE