UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTERRA AGRICULTURAL CAPITAL, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DLP FUNDING, LLC,<br><br>        Defendant. | Case No. 1:26-cv-00122-CDB<br><br>ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 5)<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. 3) |

Plaintiff Conterra Agricultural Capital, LLC ("Plaintiff") initiated this action with the filing of a complaint against Defendant DLP Funding, LLC ("Defendant") on January 8, 2026. (Doc. 1).

Pending before the Court is the parties' stipulated request to extend the time for Defendant to respond to Plaintiff's complaint from February 26, 2026, to March 31, 2026, filed on March 18, 2026. (Doc. 5). In support, the parties represent that Defendant recently retained counsel to defend in this action and that a continuance of the responsive pleading deadline promotes justice, avoids prejudice to Defendant, and allows the action to be litigated on the merits. *Id.* ¶ 5. The parties additionally request that the Court continue the scheduling conference set for April 1, 2026, to May 7, 2026, given the Jewish holiday of Passover. *Id.* ¶ 6.

Requests for extensions of time in the Eastern District of California are governed by Local Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent." L.R. 144(d). That rule further provides, "Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." *Id.*

While the Court finds good cause to grant the parties' request based on the representation that Defendant sought the instant stipulation after recently obtaining counsel, here, it should have become apparent to Defendant that it required an extension of time to file a responsive pleading before the February 26, 2026, deadline—not after it had passed. The Court disfavors granting relief *nunc pro tunc* and admonishes the partes to exercise better care and to adhere to this Court's Local Rules in all future filings. In light of the parties' representations and for good cause shown, the Court will continue the scheduling conference.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file its response to Plaintiff's complaint no later than **March 31, 2026**. *See* L.R. 144(a).

2. The scheduling conference set for April 1, 2026, is continued to **May 7, 2026, at 10:00 AM.** As previously directed (Doc. 3), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:   **March 19, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2