**MILLER NASH LLP**
Bernard J. Kornberg, Bar No. 252006
bernie.kornberg@millernash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone: (562) 435-8002
Facsimile: (562) 435-7967

Attorneys for Plaintiff CONTERRA AGRICULTURAL
CAPITAL, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTERRA AGRICULTURAL CAPITAL, LLC, an Iowa limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DLP FUNDING, LLC, a New York limited liability company,<br><br>Defendant. | Case No.  1:26-CV-00122-JLT-CDB<br><br>**ORDER ON JOINT STIPULATION RE REFERRING ACTION TO UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA** |

The Court, having reviewed the stipulation between plaintiff Conterra Agricultural Capital, LLC ("Plaintiff") and defendant DLP Funding, LLC ("Defendant") (collectively the "Parties") for this action be referred to the United States Bankruptcy Court for the Eastern District of California (the "Bankruptcy Court"), finds and concludes that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b), and on that basis, concludes that referral of this matter to the Bankruptcy Court is appropriate under 28 U.S.C. § 157(a) and General Order No. 161.

IT IS THEREFORE ORDERED THAT:

1.      This action is referred to the Bankruptcy Court pursuant to 28 U.S.C. § 157(a) and General Order No. 161;

2.    Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. Rules 12(B)(1), 12(B)(2), 12(B)(3), And Forum Non Coveniens (the "Motion to Dismiss") [Dkt. #8] is denied as moot due to the referral of this action to the Bankruptcy Court; and

3.    Upon referral, the matter shall be opened by the Bankruptcy Court as an adversary proceeding in the matter of *In re Hronis, Inc,* Case No. 1:26-bk-10978 (the "Bankruptcy Case").

Dated: _____                By: _____
                                            Hon. Christopher D. Baker
                                            Magistrate Judge

MILLER NASH LLP
ATTORNEYS AT LAW
LONG BEACH

- 2 -

ORDER ON JOINT STIPULATION